IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KRIS W. KOBACH, *et al.*

    *Plaintiffs,*

           v.

UNITED STATES ELECTION ASSISTANCE
COMMISSION, *et al.,*

    *Defendants.*

CIVIL ACTION NO.
5:13-CV-4095-EFM-DJW

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO  RESPOND TO COMPLAINT

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and District of Kansas Local Rule 6.1(a), Defendants United States Election Assistance Commission and Alice Miller respectfully move to extend the time within which to answer or otherwise respond to the Complaint filed in the above-captioned case. Defendants' motion arises as a result of the lapse of appropriations to the Department of Justice that resulted in Defendants' counsel being unable to work on this matter from October 1-16, 2013.

1.      The United States Attorney's Office received Plaintiffs' Complaint and Summons via certified mail on August 26, 2013. (ECF Nos. 9, 12.)  Accordingly, pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' responsive pleading is currently due on Friday, October 25, 2013.

2.      At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department lapsed.  The same is true for most Executive agencies.  On the evening of October 16, 2013, Congress passed and the President signed legislation restoring funding to the Department of Justice and other federal agencies.

1

3.      During the lapse in funding, Department of Justice attorneys and employees were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  Work on this matter did not fall within that limited exception.

4.      To allow time for Defendants and undersigned counsel to prepare an appropriate response to the Complaint, Defendants request that this Court extend Defendants' time for responding to the Complaint by 30 days, until **Monday, November 25, 2013**. This is the first extension request related to this deadline; no prior extensions of this deadline have been requested by Defendants or granted by the Court.

5.      Defendants have notified Plaintiffs' counsel of their intent to seek an extension. In response, Plaintiffs' counsel, Tom Knutzen, indicated that Plaintiffs were intending to file a motion for preliminary injunction by or before Friday, October 18, and that Plaintiffs therefore would consent to Defendants' motion to extend only if Defendants were willing to consent to the entry of a preliminary injunction in this case.  Defendants presently are aware of no legal or factual basis that would justify the entry of a preliminary injunction in this case, and given that no preliminary injunction motion has been filed to date, Defendants are not in a position to evaluate any such motion. Accordingly, Defendants cannot and will not consent to the entry of a preliminary injunction in this matter.

WHEREFORE, Defendants respectfully request that their motion for extension of time be granted.  For the Court's convenience, a proposed Order will be forwarded to the assigned Magistrate Judge.

Respectfully submitted this 17th day of October, 2013.


BARRY R. GRISSOM
United States Attorney
District of Kansas


JON FLEENOR
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Telephone: (913) 551-6531
Fax: (913) 551-6541
Email:  Jon.Fleenor@usdoj.gov


**s/ Bradley E. Heard**
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
BRADLEY E. HEARD
Attorneys, Voting Section
Civil Rights Division
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-4196
Fax: (202) 307-3961
E-mail: Bradley.Heard@usdoj.gov

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division


STUART F. DELERY
Assistant Attorney General
Civil Division


**s/ Felicia L. Chambers**
JOHN R. GRIFFITHS
FELICIA L. CHAMBERS
Attorneys, Federal Programs Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W., Room 7728
Washington, D.C. 20530
Telephone: (202) 514-3259
Fax: (202) 616-8470
Email: Felicia.Chambers@usdoj.gov

3

## CERTIFICATE OF SERVICE

This certifies that I have this day filed the within and foregoing **Defendants' Motion for Extension of Time to Respond to Complaint and for a Stay of Proceedings** electronically using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record through the Court's electronic filing system.

This 17th day of October, 2013.

<u>s/ Bradley E. Heard</u>
BRADLEY E. HEARD
Civil Rights Division
U.S. Department of Justice
Voting Section - NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:     (202) 305-4196
Facsimile:     (202) 307-3961
E-mail: Bradley.Heard@usdoj.gov